IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENT LAVON DAVIS
ADC #149851

PLAINTIFF

v.  No. 1:14-cv-46-DPM-JTR

RONDA STANDFORD, Nurse, ADC,
Scott Grimes Unit; BILLY COWELL, Health
Services Administrator, ADC, Scott Grimes
Unit; and MARCUS WILKERSON,
Sergeant, ADC, Scott Grimes Unit

DEFENDANTS

### ORDER

Opposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Davis's objection and brief, № 24 & 25, are unresponsive. Davis's motion for injunctive relief, № 8, is denied as unsupported. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 August 2014