# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRENT LAVON DAVIS,
ADC #149851                                                                               PLAINTIFF

V.                                    1:14CV00046 DPM/JTR

RHONDA STANDFORD,
Nurse, Grimes Unit, ADC, et al.                                                  DEFENDANTS

## ORDER

Separate Defendant Billy Cowell has filed a Motion for Judgment on the Pleadings. *Doc. 27.* Plaintiff must respond to that Motion.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must file, **within thirty days of the entry of this Order**, a Response to Defendant Cowell's Motion for Judgment on the Pleadings (*Doc. 27*).

2. Plaintiff is reminded that, if he fails to timely do so, his claims against Defendant Cowell will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 16th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE