# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRENT LAVON DAVIS**  
**ADC #149851**       **PLAINTIFF**

v.      No. 1:14-cv-46-DPM-JTR

RHONDA STANFORD, Nurse, ADC,  
Scott Grimes Unit; BILLY COWELL, Health  
Services Administrator, ADC, Scott Grimes  
Unit; and MARCUS WILKERSON,  
Sergeant, ADC, Scott Grimes Unit      **DEFENDANTS**

## ORDER

Unopposed recommendation, № 44, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for judgment on the pleadings, № 27, denied. The Court directs the Clerk to file a copy of № 42 as Davis's Amended Complaint.

So Ordered.

*/s/ D.P. Marshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

12 January 2015