IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


BRENT LAVON DAVIS,
ADC #149851                                                                      PLAINTIFF


v.                                    1:14-cv-46-DPM-JTR


RHONDA STANFORD,
Nurse, Grimes Unit, ADC, *et al.*                                          DEFENDANTS


## ORDER

Marcus Wilkerson's motion to stay is granted in part. *№ 56.* The stay

applies only to Davis's § 1983 claims against Wilkerson, and not those Davis

has raised against Rhonda Stanford and Billy Cowell. To better manage the

Court's docket, Wilkerson's motion for partial summary judgment, *№ 29,* is

denied without prejudice. It may be reinstated by notice if and when the

automatic stay is lifted by the United States Bankruptcy Court for the Eastern

District of Arkansas in *In re Marcus & Sophia Wilkerson,* 1:15BK10629.

So ordered.

_____
D.P. Marshall Jr.
United States District Judge


25 February 2015