# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRENT LAVON DAVIS,
ADC #149851                                                                                                    PLAINTIFF

V.                                           1:14CV00046 DPM/JTR

RHONDA STANDFORD,
Nurse, Grimes Unit, ADC et al.                                                                          DEFENDANTS

## ORDER

Plaintiff, Brent Lavon Davis, has filed two non-dispositive Motions. The Court will consider each Motion separately.

### I. Motion to Compel and Motion for Copy of Deposition

Plaintiff's Motion to Compel and his Motion seeking a copy of his deposition are denied as moot because Defendants have already provided Plaintiff with a copy of his deposition and the related documents. *Docs. 49, 53, & 54.*

### II. Motion for Reconsideration

On January 6, 2015, the Court denied Plaintiff's Motion to Compel Defendants to allow him to review his irrelevant medical records stored in Pine Bluff. *Doc. 46.* Plaintiff has recently filed a Motion for Reconsideration explaining that he also seeks copies of his relevant medical records stored at the Varner Unit. *Doc. 52.* Legitimate security concerns prevent prisoners from having such documents in their possession

while in prison. Instead, Defendants have properly allowed Plaintiff to review his prison file and take notes. If Defendants file a Motion for Summary Judgment, Plaintiff can ask them for copies of *relevant* portions of his prison file that are not already attached to Defendants' Motion. If Defendants do not provide such copies, Plaintiff should promptly refile his Motion to Compel. Further, if this case proceeds to trial, the Court will order Defendants to provide Plaintiff with copies of relevant prison records and to bring Plaintiff's complete prison file to Court. Accordingly, the Motion to Compel is denied.

### III. Conclusion

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Compel *(Doc.49)* and Motion for Copy of Deposition *(Doc. 53)* are DENIED, AS MOOT.

2. Plaintiff's Motion for Reconsideration *(Doc. 52)* is DENIED.

Dated this 26th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE