IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENT LAVON DAVIS
ADC #149851                                                                                    PLAINTIFF

v.                              No. 1:14-cv-46-DPM-JTR

RHONDA STANFORD, Nurse, ADC,
Scott Grimes Unit; BILLY COWELL, Health
Services Administrator, ADC, Scott Grimes
Unit; and MARCUS WILKERSON,
Sergeant, ADC, Scott Grimes Unit                                                         DEFENDANTS

ORDER

Motion, № 74, granted. The stay is lifted. Wilkerson's motion, № 29, is reinstated. And he may move for summary judgment on any remaining claims within 21 days after the Court resolves the current motion.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 May 2015