IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


BRENT LAVON DAVIS                                                    PLAINTIFF
ADC #149851


v.                              No. 1:14-cv-46-DPM-JTR


RHONDA STANFORD, Nurse, ADC,
Scott Grimes Unit; BILLY COWELL, Health
Services Administrator, ADC, Scott Grimes
Unit; and MARCUS WILKERSON,
Sergeant, ADC, Scott Grimes Unit                                    DEFENDANTS


ORDER

Unopposed partial recommendations, № 79 and № 80, adopted with one

change.* FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

Wilkerson's Motion for Partial Summary Judgment, № 29, is granted.

Davis may proceed with his claim that Wilkerson denied him adequate

medical care on 24 September 2013.  Davis's other claims against Wilkerson

are dismissed without prejudice for failure to exhaust.

---

*The first sentence in paragraph 7 of the "Facts" section, № 80 at 4,
should read: "At approximately 1:30 a.m. on September 29, 2013, Nurse
Stanford checked on Plaintiff during segregation rounds."  № 58-2 at 10.

Cowell and Stanford's Motion for Summary Judgment, № 57, is granted. Davis's claims against Cowell are dismissed without prejudice for failure to exhaust. Davis's claim against Stanford is dismissed with prejudice.

An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 August 2015_