IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENT LAVON DAVIS,
ADC #149851                                                          PLAINTIFF

v.                          No. 1:14-cv-46 DPM

RHONDA STANFORD, Nurse, ADC,
Scott Grimes Unit; BILLY COWELL, Health
Services Administrator, ADC, Scott Grimes
Unite; and MARCUS WILKERSON, Sergeant,
ADC, Scott Grimes Unit                                               DEFENDANTS

JUDGMENT

1. Davis's claims against Cowell are dismissed without prejudice for failure to exhaust.

2. Davis's claim against Stanford is dismissed with prejudice.

3. Davis's inadequate-medical-care claim against Wilkerson is dismissed with prejudice. Davis's other claims against Wilkerson are dismissed without prejudice for failure to exhaust.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2015